THOMAS STOELTING, PLAINTIFF-RESPONDENT, v. AN-
THONY M. HAUCK, Jr. *ET AL.*, DEFENDANTS-PETI-
TIONERS.

See same case below: 56 *N. J. Super.* 386.

*Messrs. Smith, James & Mathias* for the petitioners.

*Mr. Joseph D. Maher* for the respondent.

September 21, 1959.   Granted.

THOMAS STOELTING, PLAINTIFF-RESPONDENT, v.
SANDRA HAUCK, DEFENDANT-PETITIONER.

See same case below: 56 *N. J. Super.* 386.

*Messrs. Herr & Fisher* for the petitioner.

*Mr. Joseph D. Maher* for the respondent.

September 21, 1959.   Granted.